*E-Filed 12/7/11*

Gregory L. Lippetz (SBN 154228)
*glippetz@jonesday.com*
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:   650-739-3939
Facsimile:    650-739-3900

Attorney for Defendant
MEDIATEK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDIATEK, INC., <br><br> Defendant. | Case No. 10-CV-05447-RS <br><br> **REQUEST FOR ORDER PERMITTING WITHDRAWAL AS COUNSEL AND [PROPOSED] ORDER** |

Pursuant to Local Rule 11-5(a), the undersigned counsel hereby requests that the Court issue an order permitting counsel to withdraw from representing Defendant Mediatek, Inc. in this matter. Defendant Mediatek, Inc. is represented by other counsel in this matter. Mediatek, Inc. was previously notified of this request, and has consented to this request.

Dated:  December 7, 2011         Respectfully submitted,

                                                By:   /s/ Gregory L. Lippetz
                                                    Gregory L. Lippetz
                                                    State Bar No. 154228
                                                    JONES DAY
                                                    1755 Embarcadero Road
                                                    Palo Alto, CA  94303
                                                    Telephone:         650-739-3939
                                                    Facsimile:          650-739-3900

                                               Counsel for Defendant MEDIATEK, INC.

1 **IT IS SO ORDERED.**

3 Dated: December __7__, 2011

_____
RICHARD SEEBORG
United States District Judge