1 | GREGORY P. STONE (SBN 078329)
*gregory.stone@mto.com*
KATHERINE K. HUANG (SBN 219798)
*katherine.huang@mto.com*
PETER E. GRATZINGER (SBN 228764)
*peter.gratzinger@mto.com*
HEATHER E. TAKAHASHI (SBN 245845)
*heather.takahashi@mto.com*
DAVID H. PENNINGTON (SBN 272238)
*david.pennington@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

PETER A. DETRE (SBN 182619)
*peter.detre@mto.com*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Plaintiff
RAMBUS INC.

CHARLES K. VERHOEVEN (SBN 170151)
*charlesverhoeven@quinnemanuel.com*
SEAN S. PAK (SBN 219032)
*seanpak@quinnemanuel.com*
GILLIAN W. THACKRAY (SBN 196756)
*gillianthackray@quinnemanuel.com*
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

KEVIN P.B. JOHNSON (SBN 177129)
*kevinjohnson@quinnemanuel.com*
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant
MEDIATEK INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **RAMBUS INC.,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**MEDIATEK INC.,**<br><br>    **Defendant.** | Case No. 3:10-CV-05447 RS<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

WHEREAS, Plaintiff Rambus Inc. ("Rambus") and Defendant MediaTek Inc. ("MediaTek") have settled this matter on mutually-agreeable terms.

NOW, THEREFORE, on the basis of the settlement reached, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record, that:

1. Rambus hereby dismisses all claims brought against MediaTek in this action with prejudice;

2. Each party shall bear its own costs and attorneys' fees.

DATED: March 13, 2012          MUNGER, TOLLES & OLSON LLP

                               By:  /s/ Peter A. Detre
                                        Peter A. Detre

                               Attorneys for Plaintiff
                               RAMBUS Inc.


DATED: March 13, 2012          QUINN EMANUEL URQUHART & SULLIVAN LLP

                               By:  /s/ Michael D. Powell
                                        Michael D. Powell

                               Attorneys for Defendant
                               MEDIATEK INC.


                         Filer's Attestation

I, Peter A. Detre, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL.** In compliance with General Order 45.X.B., I hereby attest that the above-named signatories concur in this filing.

DATED:  March 13, 2012

                                      /s/ Peter A. Detre

1 | IT IS SO ORDERED.

Dated: __3/20_____, 2012

_____
Honorable Richard Seeborg
United States District Court Judge